Case 1:25-mj-00174-MJS    Document 1-1

Case: 1:25-mj-00174
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 8/26/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On August 24, 2025, at approximately 11:45 p.m., Metro Transit Police Department ("MTPD") and Metropolitan Police Department ("MPD") officers responded to a report of a shooting that occurred aboard Washington Metropolitan Area Transit Authority ("WMATA") bus #4497. The bus operator ("W-1") reported that IT was operating bus #4497 on the D20 route and servicing the bus stop located at 13th and H Street Northeast in Washington, D.C. when IT heard passengers scream, heard multiple gun shots, and then observed passengers jumping over seats. W-1 then drove the bus to 14th and H Street Northeast and flagged down an MPD Officer.

Law enforcement reviewed onboard Digital Video Recorder ("DVR") footage of the incident which shows the following: An unidentified male ("Suspect-1") boarded the bus at North Capitol and H Street Northeast at approximately 11:31 p.m. Suspect-1 was accompanied by another unidentified male ("W-2"). Suspect-1 attempted to fight another unidentified passenger ("W-3"), but was restrained by W-2. After W-3 exited the bus, Suspect-1 announced to the bus words to the effect of, "Anybody on this bus that say something to me, you're gonna die; I swear to God."

After the preceding events, the DVR footage shows that at approximately 11:39 p.m., a man subsequently identified as Charles Middleton (the "Defendant") boarded the bus in the 1100 block of H Street Northeast. Almost immediately after the Defendant boarded the bus, Suspect-1 engaged the Defendant in a verbal argument. Suspect-1 then grabbed the Defendant by the collar of his shirt. The Defendant reached into his right front pants pocket. Suspect-1 then reached toward a cross-body bag that he was wearing. While Suspect-1 was reaching towards the bag, the Defendant produced a firearm consistent in appearance with a revolver. Suspect-1 lunged toward the Defendant and grabbed the Defendant. As Suspect-1 grabbed the Defendant, the revolver discharged. The bullet went through a bus window.

**Figure 1: Defendant holding a gun**



**Figure 2: Defendant holding the gun as it discharges**



Suspect-1 and the Defendant fell off the bus through an exit door at approximately 11:40 p.m. Suspect-1 and the Defendant landed on the ground in the vicinity of 1300 H Street Northeast. As they landed on the ground, the revolver discharged again. Suspect-1 then pinned the Defendant to the ground. Suspect-1 and the Defendant remained on the ground while the bus pulled away at approximately 11:41 p.m.

**Figure 3: Defendant holding the gun as it discharges again**



After being flagged down by W-1, MPD officers responded to the 1300 block of H Street Northeast and observed the Defendant sitting on the sidewalk at approximately 11:49 p.m. The Defendant refused to provide information to law enforcement. Law enforcement obtained a still image from the bus #4497's onboard DVR footage and compared the image to the Defendant. Law enforcement immediately recognized the Defendant as the same person depicted in the footage pulling a gun from his pants pocket. The Defendant identified himself to police as Charles Middleton. Police searched the area and conducted a K-9 sweep, but no firearm or ballistics evidence was recovered.

Based on a review of the DVR footage, the firearm the Defendant used is a weapon which is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate or foreign commerce before it arrived in the District of Columbia.

A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been previously convicted of crimes punishable by a term of imprisonment of greater than one year. Specifically, in 1998, in South Carolina case number F160318, the Defendant was convicted of Pointing and Presenting Firearms at a Person[1], and in 2012, in D.C. Case Number 2011 CF2 24237, the Defendant was convicted of Unlawful Possession of a Firearm (Prior Conviction) (and sentenced to one year and one day of incarceration). Accordingly, at the time the Defendant possessed the revolver in this case, he knew he had previously been convicted of a crime punishable by a term of imprisonment of more than one year.

As such, your affiant submits that probable cause exists to charge Charles Middleton with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

Christian Johnston
Officer, Badge #1052
Metro Transit Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 26, 2025.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE

---

[1] Your affiant was unable to determine the sentence imposed based on the initial review of the criminal history.